# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **NANIKA WILKERSON, etc.,** ) | CASE NO. 1:19CV2425 |
| ) | |
| ) | JUDGE CHRISTOPHER A. BOYO |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| ) | |
| **AMERICAN FAMILY INSURANCE CO.,** ) | |
| ) | |
| **Defendant.** ) | |

The Court has filed its Opinion and Order, granting Defendant's Motion to Dismiss in the above-captioned matter.  Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

**DATE**: October 5, 2020

                                                                     s/Christopher A. Boyko
                                            HONORABLE CHRISTOPHER A. BOYKO
                                            SENIOR UNITED STATES DISTRICT JUDGE