# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

NANIKA WILKERSON, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

AMERICAN FAMILY INSURANCE COMPANY,

    Defendant.

_____ /

CASE NO.: 1:19-cv-02425-CAB

Judge Christopher A. Boyko

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff NANIKA WILKERSON, individually, and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Sixth Circuit the final judgment (ECF No. 33) taken from an Opinion and Order Granting Defendant's Motion to Dismiss Plaintiff's Class Action Complaint (ECF No. 32), entered in this action on October 5, 2020.

Respectfully submitted this 20th day of October, 2020.

    *s/Daniel R. Karon*
    **KARON LLC**
    Daniel R. Karon (0069304)
    700 W. St. Clair Ave., Ste. 200
    Cleveland, OH 44113
    Tel: (216) 622-1851
    E-mail: dkaron@karonllc.com

    **NORMAND PLLC**
    Jacob Phillips (admitted *pro hac vice*)
    Edmund Normand (admitted *pro hac vice*)
    3165 McCrory Pl., Ste. 175
    Orlando, FL 32803
    Tel: (407) 603-6031

E-mail: jacob.phillips@normandpllc.com
E-mail: ed@normandpllc.com
**EDELSBERG LAW, PA**
Scott Edelsberg
20900 NE 30 th Ave., Suite 417
Aventura, FL 33180
Tel: (305) 975-3320
E-mail: scott@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis
14 NE 1 st Ave., Suite 1205
Miami, FL 33132
Tel: (305) 479-2299
E-mail: ashamis@shamisgentile.com
E-mail: efilings@shamisgentile.com

**DAPEER LAW, P.A.**
Rachel Dapeer, Esq.
300 S. Biscayne Blvd, #2704
Miami, FL 33131
Tel: (305) 610-5223
E-mail: rachel@dapeer.com

*Counsel for Plaintiff & the Proposed Class*

**CERTIFICATE OF SERVICE**

On October 20, 2020, I electronically filed this document through the Court's CM/ECF filing system, which will automatically service a copy of the filing upon all counsel of record.

*s/Daniel R. Karon*
Daniel R. Karon (0069304)