# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-4113

_____

Filed: June 04, 2021

NANIKA WILKERSON, individually and on behalf of all others similarly situated

      Plaintiff - Appellant

v.                                              1:19cv2425 - CAB

AMERICAN FAMILY INSURANCE COMPANY

      Defendant - Appellee

## <u>MANDATE</u>

   Pursuant to the court's disposition that was filed 05/13/2021 the mandate for this case hereby issues today.   Affirmed

COSTS:  None